UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

LILLIAN PELLETIER AND
RAFAEL MELENDEZ
    Plaintiffs

V.    C.A. No. _____

CITY OF LAWRENCE AND
CLAUDIO CAMACHO
    Defendants

05 11266 REK

RECEIPT # 65064
AMOUNT $ 250.00
SUMMONS ISSUED 4
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. M.P.
DATE 6/15/2005

MAGISTRATE JUDGE RBC

## VERIFIED COMPLAINT AND JURY TRIAL DEMAND

1. The plaintiff, Lillian Pelletier, is an individual residing in the City of Lawrence at 22 Oregon Avenue, County of Essex, Massachusetts.

2. The Plaintiff, Rafael Melendez, is an individual residing in the City of Lawrence at 22 Oregon Avenue, County of Essex, Massachusetts.

3. The City of Lawrence is a municipality situated in Essex County of the Commonwealth of Massachusetts.

4. Claudio Camacho is an individual employed by the City of Lawrence Police Department.

5. On or about February 21, 2005, the plaintiffs were leaving the Club Galaxia in the City of Lawrence with two friends who they had been dancing with in the club.

6. As they approached the mini van, which they had arrived in, they were approached the defendant, Claudio Camacho.

7. Camacho approached the plaintiff Melendez quickly and in a defensive manner and Melendez raised his hands.

8. Camacho alleged that Melendez slapped him in the face.

9. Pelletier and Melendez then stated that Camacho told them he was a Lawrence Police Officer. After that statement by Camacho, the plaintiffs walked to the mini van without incident.

10. Pelletier and Melendez sat in the back seat of the mini van. Melendez was seated directly behind the driver, Davin Diaz. Pelletier behind the front passenger seat occupied by Yadiris Morillo.

11. As they were backing out of their parking space, the defendant Claudio Camacho appeared at the driver's side door and was wildly pounding on the window and was screaming for the driver to stop the car and to hand over the keys.

12. The driver stopped the car, but refused to give the defendant his car keys.

13. Camacho opened the door and in a rage attempted to pull Rafael Melendez from the back set.

14. Melendez repeatedly told Camacho that he would get out of the mini van.

15. Unable to pull Melendez out over the front seat, Camacho ran around to the passenger side and slid open the door next to Lillian Pelletier.

16. Camacho grabbed Pelletier by the hair and pulled her out of the mini van and slammed her against the side of the vehicle.

17. As he was pulling Ms. Pelletier from the mini van, be repeatedly sprayed Melendez with pepper spray.

18. Once out of the mini van, Rafael Melendez was thrown to the ground, he was beaten, cuffed, struck repeatedly, and arrested for being a disorderly person, assault and battery on a police officer and resisting arrest.

19. On the following day, after his arrest, Melendez was required to go to Saints Memorial Medical Hospital for medical attention as a result of the beating he had received at the hands of the defendant, Claudio Camacho.

20. Lillian Pelletier was repeatedly slammed against the side of the mini van, handcuffed, and arrested for being a disorderly person and resisting arrest.

## COUNT I

*Violation of 42 USC 1983*

21. The plaintiffs reallege paragraphs 1-20.

22. The plaintiffs are citizens with rights guaranteed to them by the United States Constitution.

23. The defendant, Claudio Camacho is an employee of the Lawrence Police Department and has been continuously employed from May 2003 to the present.

24. The defendant Camacho, acting under the color of law wrongfully arrested the plaintiffs, Rafael Melendez and Lillian Pelletier.

25. When Camacho arrested the plaintiffs, he used a level of force that was excessive.

26. As a result of the excessive level of force used by Camacho, the plaintiffs suffered injuries to their person, which were physical and emotional.

27. As a result of their arrest, the plaintiffs suffered damage to their reputation, a loss of their liberty and were required to defend themselves in Lawrence District Court.

28. A jury trial was held on May 31 – June 1, 2005. The plaintiffs were acquitted on all charges.

WHEREFORE, the plaintiffs prays that this Honorable Court hold that the City of Lawrence and Claudio Camacho have violated the rights of the plaintiffs guaranteed under the Constitution of the United States of America

and codified at 42 U.S.C. 1983 that they be awarded all of their damages including attorney fees and costs. The plaintiffs further request that this honorable Court award punitive damages against the defendants.

    THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.

06/07/05

        Respectfully submitted
        By the Plaintiffs
        By their Attorney,

        */s/ Richard J. Ahern*
        Richard J. Ahern
        Attorney at Law
        BBO # 556537
        200 Central Street
        Lowell, MA  01852
        978-970-2989

## VERIFICATION

    I certify that I have read the above complaint and state to the best of my knowledge that all facts are true and accurate.

*/s/ Lillian Pelletier*        */s/ Rafael Melendez*
LILLIAN PELLETIER        Rafael Melendez

comp_jurytrial

I hereby certify that a true copy of the above document was sent via U.S. Post to the U.S. District Court on this date June 14, 2005.

*/s/ Cheryl Finnera*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Pelletier v. City of Lawrence**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☑ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

   **05  11266 REK**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐      Central Division ☐      Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☑      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Richard J. Ahern  BBO # 556537
ADDRESS  200 Central Street, Lowell, MA 01852
TELEPHONE NO.  978-970-2989

(CategoryForm.wpd - 5/2/05)

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Pelletier, Lillian and Melendez, Rafael

### DEFENDANTS
City of Lawrence, Camacho, Claudio

(b) County of Residence of First Listed Plaintiff   **Essex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Essex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**05  11266  REK**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Richard J. Ahern   978-970-2989
200 Central Street, Lowell, MA 01852

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 983
Brief description of cause:
falso Arrest, Excessive Force

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   06/13/05
SIGNATURE OF ATTORNEY OF RECORD   Richard J Ahern

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE