AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Eastern** District of **Massachusetts**

Lillian Pelletier and
Rafael Melendez

SUMMONS IN A CIVIL CASE

V.

Claudio Camacho and
City of Lawrence

CASE NUMBER:

## 05 11266 REK

TO: (Name and address of Defendant)

City of Lawrence
200 Common Street
Lawrence, MA 01840

A True Copy Attest
Carroll Perry
Process Server & Disinterested Person

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Ahern
200 Central Street
Lowell, MA 01852

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  JUN 17 2005

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 24, 2005 |
| NAME OF SERVER (PRINT) Shirley Perry | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: Lawrence City Clerk's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $35 — | SERVICES N/A | TOTAL $35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/05    _Shirley Perry_
              Date          Signature of Server

7 W Burnside Ave
Address of Server
Lowell, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.