UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LILLIAN PELLETIER, and )
RAFAEL MELENDEZ )
**Plaintiffs** )
)
v. )
) Civil Action No. 05-CV-11266 REK
CITY OF LAWRENCE, )
and CLAUDIO CAMACHO )
**Defendants** )
)

## ANSWER OF THE DEFENDANT, CITY OF LAWRENCE

Now comes the Defendant, City of Lawrence, and answers the Complaint of the Plaintiffs, Lillian Pelletier and Rafael Melendez, as follows:

1. The Defendant, City of Lawrence, is without sufficient information to either admit or deny the allegations contained within paragraph 1 of the Complaint.

2. The Defendant, City of Lawrence, is without sufficient information to either admit or deny the allegations contained within paragraph 1 of the Complaint.

3. Admitted.

4. Admitted.

5. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 5 of the Complaint.

6. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 6 of the Complaint.

7.  The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 7 of the Complaint.

8.  Admitted, insofar as the Defendant, Claudio Camacho ("Camacho"), states that he was struck in the face by the Plaintiff, Rafael Melendez ("Melendez").

9.  Denied.

10. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 10 of the Complaint.

11. Denied.

12. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 11 of the Complaint.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admitted, insofar as the Plaintiff Rafael Melendez was arrested on charges of Disorderly Conduct, Assault and Battery on a Police Officer, and Resisting Arrest; denied as to the remaining averments contained in Paragraph 18.

19. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 19 of the Complaint, relative to the Plaintiff

Melendez' hospital treatment; denied as to the remaining averments contained in Paragraph 19.

20. Admitted, insofar as the Plaintiff Lillian Pelletier was arrested on charges of Disorderly Conduct and Resisting Arrest; denied as to the remaining averments contained in Paragraph 20.

## COUNT I
### Violation of 42 USC 1983

21. The Defendant, City of Lawrence, incorporates by reference its responses to paragraphs 1 through 20 as if fully stated herein.

22. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 22 that the Plaintiffs are citizens of the United States.

23. Admitted, insofar as the Defendant, Claudio Camacho, is an employee of the Lawrence Police Department.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. The Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 28 of the Complaint.

WHEREFORE, the Defendant City of Lawrence requests that this Court dismiss this action, with costs to the Defendant.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Defendant, City of Lawrence, says that if it was negligent, which it denies, it is not liable to the Plaintiff because it did not owe the Plaintiff a special duty of care different from the duty of care owed the general populace.

### SECOND DEFENSE

The Defendant, City of Lawrence, is immune from liability for intentional torts as provided in General Laws chapter 258, section 10.

### THIRD DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

The Defendant, City of Lawrence, says that the claim alleged is based upon the exercise or performance or the failure to exercise or perform a discretionary function or duty on the part of the city of Lawrence or its servants, agents, employees, and officials, acting within the scope of their office of employment and therefore, this action is barred in accordance with the provisions of General Laws, chapter 258, section 10(b).

## FIFTH DEFENSE

The Defendant, City of Lawrence, says that the Plaintiffs were rightly detained and that the detention was for a reasonable period of time.

## SIXTH DEFENSE

The Defendant, City of Lawrence, says that any force used to detain the Plaintiff was reasonable under the circumstances.

## SEVENTH DEFENSE

Any damages incurred by the Plaintiffs as alleged in the Complaint were the results of their own intentional and illegal conduct and they are therefore barred from recovery.

## EIGHTH DEFENSE

The Plaintiff's Complaint against the Defendant, City of Lawrence, is frivolous, without any basis in fact and not advanced in good faith and therefore, the Defendant, City of Lawrence is entitled to attorney's fees, costs and any other sanctions that the Court deems appropriate under the terms and provisions of 42 U.S.C., section 1983.

## NINTH DEFENSE

The Defendant, City of Lawrence, says that its employee's conduct and actions were performed according to and protected by law and/or legal process and therefore the Plaintiffs cannot recover.

## TENTH DEFENSE

The Defendant, City of Lawrence, says that its employee was privileged in his conduct and that therefore the Plaintiffs cannot recover.

## ELEVENTH DEFENSE

The Defendant, City of Lawrence, says that its employee was e justified in his conduct and acts and is therefore not liable to the Plaintiffs as alleged in the Complaint.

## TWELFTH DEFENSE

The Defendant, City of Lawrence, says that, if the Plaintiffs suffered injuries in damages as alleged, such injuries or damages were caused by someone for whose conduct the Defendants are not legally responsible.

## THIRTEENTH DEFENSE

The Complaint fails to establish that the enjoyment of rights secured by the Constitution, Laws of the United States or the Commonwealth of Massachusetts that was interfered with by the Defendants.

## FOURTEENTH DEFENSE

At the time of the alleged incident, the Plaintiffs were not in the exercise of due care and, as a consequence thereof, this action is barred in whole or in part.

## FIFTEENTH DEFENSE

The Defendant states that the injuries alleged by the Plaintiffs were or are the consequence of conditions or conduct for which the Defendant is not answerable in damages.

THE DEFENDANT, CITY OF LAWRENCE CLAIMS TRIAL BY JURY ON THE ISSUES SO TRIABLE.

Respectfully submitted,
City of Lawrence
By its Attorney,

James M. Bowers, Esq.
Assistant City Attorney
BBO NO. 558759
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated: August 19, 2005

## CERTIFICATE OF SERVICE

I, James M. Bowers, hereby certify that I have served a copy of the within **Answer of the Defendant, City of Lawrence,** by mailing postage pre-paid, to:

Richard J. Ahern, Esq.
200 Central Street
Lowell, MA 01852

and

Matthew E. Dwyer Esq.,
Dwyer, Duddy, and Facklam
Two Center Plaza
Suite 430
Boston, MA 02108-1804

Signed under the pains and penalties of perjury this _19th_ day of August, 2005.

_____
James M. Bowers, Esq.