UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILLIAN PELLETIER and RAFAEL MELENDEZ<br>Plaintiff,<br><br>v.<br><br>CITY OF LAWRENCE and CLAUDIO COMACHO<br>Defendants. | Civil Action No. 05-11266-REK |

## JOINT MOTION TO EXTEND DEADLINE
## FOR SUBMISSION OF JOINT STATEMENT

Plaintiffs Linda Pelletier and Rafael Melendez (hereinafter "the Plaintiffs"), Defendant City of Lawrence. (hereinafter, "City"), and Defendant Claudio Comacho (hereinafter, "Comacho") hereby jointly move that the deadline for the submission of the Local Rule 16.1(D) Joint Statement be extended until **Friday, October 21, 2005**.

As grounds therefor, the parties state as follows:

1. The Rule 16(b) Scheduling Conference in this matter has been scheduled for October 26, 2005. Although the parties conferred timely for the purpose of preparing a Joint Statement, unforeseen filing difficulties prevented the parties from filing the Joint Statement with the Court in accordance with the deadline set by Local Rule 16.1(D).

2. The parties submitted the Joint Statement on Friday, October 21, 2005.

3. Because the bulk of the Joint Statement has been submitted three business days prior to the Scheduling Conference, the extension will not prejudice the Court's ability to conduct the Scheduling Conference in a complete and meaningful manner.

WHEREFORE, the parties respectfully move that that the deadline for the submission of the Local Rule 16.1(D) Joint Statement be extended until Friday, October 30, 2005.

For the Plaintiffs,
**LILLIAN PELLETIER and
RAFAEL MELENDEZ**
By their attorney,

*Richard J. Ahern (kap)*
Richard J. Ahern (BBO # 556537)
Attorney At Law
200 Central Street
Lowell, MA 01852
(978) 454-7877


For the Defendant,
**CLAUDIO COMACHO,**
By his attorneys,

*Kathleen A Pennini*
Matthew E. Dwyer (BBO # 139840)
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02110

(617) 723-9777

For the Defendant,
**CITY OF LAWRENCE,**
By its attorney,

James Bowers
Assistant City Solicitor
City of Lawrence
Lawrence City Hall
200 Common Street, Room 306
Lawrence, MA 01840
(978) 794-5900

f:\lpa\pelletier\pldgs\joint.motion.extend.deadline.submission.jt.statement.doc:big