UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILLIAN PELLETIER and <br> RAFAEL MELENDEZ <br> Plaintiff, <br><br> v. <br><br> CITY OF LAWRENCE and <br> CLAUDIO COMACHO <br> Defendants. | Civil Action No. 05-11266-REK |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1D of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties hereby certify that they have conferred for the purposes of:

(1) preparing an agenda of matters to be discussed at the scheduling conference;

(2) preparing a proposed joint discovery plan and motion schedule;

(3) considering whether to consent to a trial by magistrate judge.

Undersigned counsel hereby state that they have prepared an agenda for the scheduling conference and have set forth below a joint discovery plan and motion schedule. The parties do not consent to a trial by magistrate judge.

1. The Plaintiff intends to take approximately __5__ depositions.

2. The Defendant, Claudio Comacho, intends to take approximately five (5) depositions.

3. The Defendant, City of Lawrence, intends to take approximately __2__ depositions.

## JOINT DISCOVERY AND MOTION SCHEDULE

| **Date** | **Activity** |
| --- | --- |
| November 30, 2005 | All automatic disclosures made |
| October 31, 2006 | Written discovery to be filed and answers/responses are to be filed within the time provided by the rules. |
| November 6, 2006 | Depositions to be completed, except Expert Witnesses |
| November 6, 2006 | Plaintiff's expert witnesses, if any, to be designated. |
| November 21, 2006 | Defendants' expert witnesses, if any, to be designated. |
| March 1, 2007 | Motion for Judgment on the Pleadings or Summary Judgment to be Filed |
| April 2007 | Opposition to Motion for Judgment on the Pleadings or Summary Judgment to be filed. |
| April 2007 | Reply Memorandum, if any, to be filed |

Pre-trial conference to be scheduled by the Court.

2

For the Plaintiffs,
**LILLIAN PELLETIER and
RAFAEL MELENDEZ**
By their attorney,

*/s/ Richard J. Ahern, Esq.*

Richard J. Ahern (BBO # 556537)
Attorney At Law
200 Central Street
Lowell, MA 01852
(978) 454-7877

For the Defendant,
**CLAUDIO COMACHO,**
By his attorneys,

*/s/ Matthew E. Dwyer*

Matthew E. Dwyer (BBO # 139840)
Kathleen A. Pennini
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02110

(617) 723-9777

For the Defendant,
**CITY OF LAWRENCE,**
By its attorney,

*/s/ James Bowers, Esq.*

James Bowers
Assistant City Solicitor
City of Lawrence
Lawrence City Hall
200 Common Street, Room 306
Lawrence, MA 01840
(978) 794-5900

f:\lpa\pelletier\pldgs\joint.statement.scheduling.conference.doc:blg

3