UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILLIAN PELLETIER and<br>RAFAEL MELENDEZ<br>   Plaintiff,<br><br>v.<br><br>CITY OF LAWRENCE and<br>CLAUDIO COMACHO<br>   Defendants. | Civil Action No. 05-11266-REK |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the defendants and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
For the Defendant,
CLAUDIO COMACHO,
By his attorneys,

_____
Matthew E. Dwyer (BBO# 139840)
Kathleen A. Pennini (BBO# 654573)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

_____
Charles Boddy, City Solicitor
City of Lawrence
Lawrence City Hall, Room 306
200 Common Street
Lawrence, MA 01840

Date: October ___, 2005
f:\lpa\pelletier\pldgs\certificate.lr16.2.doc:blg