UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

LILLIAN PELLETIER AND
RAFAEL MELENDEZ
    Plaintiffs

V.          C.A. No. 05-11266-RBC

CITY OF LAWRENCE AND
CLAUDIO CAMACHO
    Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the plaintiffs certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              Respectfully submitted
                              By the Plaintiffs
                              By their Attorney,

11/01/05

                              Richard J. Ahern
                              Attorney at Law
                              BBO # 556537
                              200 Central Street
                              Lowell, MA 01852
                              978-970-2989

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on November 3, 2005.

*[signature]*