## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LILLIAN PELLETIER and** | ) | |
| **RAFAEL MELENDEZ** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.  05-11266-WGY** |
| **CITY OF LAWRENCE and** | ) | |
| **CLAUDIO COMACHO** | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of Defendant Claudio Comacho.

For the Defendant,
**Claudio Comacho**
By his attorney,

Brian P. Fox
BBO# 663927
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: July 10, 2006