UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILLIAN PELLETIER and )<br>RAFAEL MELENDEZ )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF LAWRENCE and )<br>CLAUDIO CAMACHO )<br>Defendants. )<br>_____ ) | Civil Action No. 05-11266-RBC |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The Defendant, Claudio Camacho, with the assent of the other parties, hereby request that the Court reschedule the date for the Status Conference in connection to the above-captioned action to a date during the week of December 11, 1006. As grounds for the Motion the Defendant states as follows:

1. The Status Conference was originally scheduled to be held at 11:00 AM on Tuesday, December 5, 2006.

2. The time of the Status Conference was subsequently changed to 3:30 PM.

3. Counsel for the Defendant, Claudio Camacho, Kathleen A. Pennini, Esquire, is unavailable at 3:30 p.m. on Tuesday, December 5, 2006, as she has a summary judgment hearing in Suffolk County Superior Court at or after 2:00 p.m., and does not anticipate that she will be finished in the Superior Court until after 3:30 p.m.

4. Counsel for the Plaintiff, Richard Ahern, and counsel for the City of Lawrence, James Bowers, have been contacted with regard to this Motion and have given the undersigned permission to indicate they have assented to same.

1

5. Attorney Pennini was informed by the Court that it might be able to reschedule the Status Conference during one of the following dates: Monday, December 11, 2006, Wednesday, December 13, 2006 or Friday, December 15, 2006.

6. Counsel for all parties are available for the rescheduling of a status conference during the afternoon on Monday, December 11, 2006 and during the morning of Friday, December 15, 2006.

WHEREFORE, the Defendant respectfully moves that the Court continue the Status Conference in this matter to the afternoon of December 11, 2006, the morning of December 15, 2006, or a later date to be set by the Court.

Respectfully Submitted,
For the Defendant
**CLAUDIO CAMACHO,**
By his attorney,

*Kathleen A. Pennini*
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

| | |
|---|---|
| Assented to<br>By the Plaintiffs,<br>**LILLIAN PELLETIER**<br>**and RAFAEL MELENDEZ**<br>By their attorney, | By the Defendant<br>**CITY OF LAWRENCE**<br>By its attorney, |
| *[signature]*<br>Richard A. Ahern, Esq.<br>Attorney-At-Law<br>200 Central Street<br>Lowell, MA 01852 | *James Bowers (w/permission) /RAP*<br>James Bowers, Esq.<br>Lawrence City Hall, Room 306<br>City Attorney's Office<br>200 Common Street<br>Lawrence, MA 01840 |

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 1st day of December 2006, upon:

Richard A. Ahern, Esq.
Attorney-At-Law
200 Central Street
Lowell, MA 01852

James Bowers, Esq.
Lawrence City Hall, Room 306
City Attorney's Office
200 Common Street
Lawrence, MA 01840

*[signature]*
Kathleen A. Pennini

F:\LPA\Camacho\pldg\assentedto.mot.cont.status.conference.doc