UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LILLIAN PELLETIER and<br>RAFAEL MELENDEZ<br>    Plaintiff,<br><br>v.<br><br>CITY OF LAWRENCE and<br>CLAUDIO COMACHO<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11266-RBC<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of Defendant Claudio Comacho.

Respectfully submitted,
For the Defendant,
**Claudio Comacho,**
By his attorneys,

/s/ Paul M. Facklam, Jr.
Paul M. Facklam, Jr.
B.B.O.# 638190
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777
pmf@dwyerdf.com

Dated: April 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Date: April 6, 2007

/s/ Paul M. Facklam, Jr.
Paul M. Facklam, Jr.

F:\LPA\Camacho\pldg\not.app.pmf.doc