# DWYER, DUDDY and FACKLAM
ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
RYAN P. DUNN
†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

January 4, 2008

*Via Electronic and First Class Mail*

Noreen Russo, Courtroom Clerk for the
Honorable Robert B. Collings
Magistrate Judge
United States District Court
For The District of Massachusetts
John Joseph Moakley Court House
One Court House Way, Suite 7420
Boston, MA  02110

    Re:    **Pelletier and Melendez v. City of Lawrence and Comacho.**
              **C.A. No. 05-11266-RFK**

Dear Ms. Russo:

    On September 4, 2007, Defendant Claudio Comacho filed his Motion In Limine in this matter. Since the time set for filing opposition to that motion has expired, the Defendant respectfully requests that the Court allow the motion as unopposed and grant the relief requested.

    Thank you for your attention to this matter.

                                Very truly yours,

                                Paul M. Facklam, Jr.

PMF/jat

    cc:    James Bowers, Esq. (via first class mail)
             Richard Ahern, Esq. (via first class mail)
             Alan Andrews, President, LPA (via first class mail)

F:\LPA\Comacho\ltr\01.04.08.russo.req.grant.mot.doc