

**RICHARD J. AHERN**
*ATTORNEY AT LAW*

January 14, 2008

Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Pelletier et al v. City of Lawrence et al
Case Number: 1:05-cv-11266

Dear Clerk's Office:

This letter is intended to notify that Court that all parties involved in the above listed matter have agreed to allow Plaintiffs an additional 14 days to file an opposition to Defendant Claudio Comacho's Motion In-Limine. Plaintiff's response will follow via electronic filing by January 22, 2008.

Thank you in advance for your attention to this matter.


Sincerely,


Richard J. Ahern
Attorney for Plaintiffs