UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11266-RBC

LILLIAN PELLETIER et al,
           PLAINTIFF

v.

CITY OF LAWRENCE et al,
           DEFENDANT

ASSENTED-TO MOTION TO ADVANCE AND CONTINUE

NOW COMES the Defendant, City of Lawrence, through its attorney, who does hereby move this Court to continue the above-captioned matter, presently scheduled for a Further Conference on **Wednesday, January 23rd, 2008, at 3:15pm, to March 25th, 27th, or 28th, 2008, dates mutually agreeable to all parties.**

As reason therefore, the Defendant's attorney states that he will be out of state on said date. The request for continuance is assented-to by counsel for the Plaintiffs and Co-Defendant.

Assented to:

/s/ Richard J. Ahern_____
Richard J. Ahern, Esq.

/s/ Paul M. Facklam, Jr._____
Paul M. Facklam, Jr., Esq.

Respectfully submitted
For the Defendant,
**City of Lawrence**
by its attorney,

/s/ James M. Bowers_____
James M. Bowers, Esq.
Assistant City Attorney
BBO NO. 558759
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated: January 18, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

                                                                     /s/ *James M. Bowers*
                                                                     James M. Bowers, Esq.

Dated: January 18, 2008