"A"

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LILLIAN PELLETIER, ET AL.,
    PLAINTIFF

v.                                              CIVIL ACTION NO. 05-CV-11266-REK

CITY OF LAWRENCE, ET AL.,
    DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned matter hereby stipulate, that the claims of the Plaintiff are hereby discontinued and dismissed with prejudice pursuant to Rule 41(a)(1) F.R.Civ.P., and waiving all rights of appeal.

Respectfully Submitted,
For the Plaintiff
Lillian Pelletier

_____
Richard J. Ahern, Esq.
200 Central Street
Lowell, MA 01852

For the Defendant,
City of Lawrence

_____
James M. Bowers, Esq.
Asst. City Attorney
City of Lawrence
200 Common Street
Lawrence, MA 01840

For the Defendant,
Claudio Camacho

_____
Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Date: March 17, 2008                    /s/ Matthew E. Dwyer
                                                                     Matthew E. Dwyer