UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAFAEL MELENEZ AND ) | CA: 05-11266-RBC |
| LILLIAN PELLETIER } | |
|     Plaintiffs ) | |
| ) | |
| v ) | |
| ) | |
| CITY OF LAWRENCE AND ) | |
| CLAUDIO CAMACHO ) | |
|     Defendants ) | |

## **MOTION FOR SANCTIONS**

Now come the plaintiffs and moves this Honorable Court to impose sanctions upon the defendant, City of Lawrence, for failing to pay the settlement amount in a timely manner. As reason for this request the plaintiffs state the following:

1. After a lengthy mediation process the parties settled the above matter prior to trial.

2. All parties signed an agreement dated, February 17, 2008, which required the City of Lawrence to pay the plaintiffs a total of $55,000.00. Stipulations of Dismissal were signed by counsel for each of the parties. The Stipulations of Dismissal for the defendants were filed and approved by the Court on March 18, 2008.

3. This week will mark the 60th day since the agreement was signed. The City of Lawrence has failed to pay the settlement amount to the plaintiffs. Plaintiff's

counsel has made repeated attempts to Counsel for the City of Lawrence requesting payment.

4. Counsel for the City, James Bowers, has repeatedly advised plaintiffs' counsel that the payment has been approved and that it would be forthcoming.

5. On Thursday, April 3, 2008, James Bowers advised plaintiffs' Counsel that the check was being cut for payment. No funds have been received as of April 14, 2008.

6. The plaintiffs have made repeated calls to their attorney's office requesting their settlement.

**WHEREFORE**, the plaintiffs pray that this Court will grant the following relief:

1. Order that the City of Lawrence tender the settlement amount to plaintiffs' counsel, forthwith.

2. Order that the City of Lawrence be required to pay the plaintiffs $100.00 per day from March 18, 2008 to April 19, 2008.

3. Order that the City of Lawrence be assessed $1,000.00 per day after April 19, 2008 for each day that the settlement amount is not paid to the plaintiffs.

4. Order whatever other relief that the Court deems just and fair.

Rafael Melendez and
Lillian Pelletier
By their attorney,

/s/ Richard J. Ahern
Richard J. Ahern BBO # 556537
200 Central Street
Lowell, MA 01852
rjahern@verizon.net

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com