UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

LILLIAN PELLETIER and )
RAFAEL MELENDEZ )
        Plaintiffs, )
 )
  v. )   Civil Action No. 05-11266-RBC
 )
CITY OF LAWRENCE and )
CLAUDIO COMACHO )
        Defendants, )

## MOTION TO WITHDRAW SANCTIONS

    Now come the Plaintiffs who move this Honorable Court to withdraw our motion for sanctions.

    The reason set forth herein is as follows:

    1. The Defendants have resolved the matter as previously agreed.

    WHEREFORE, the Plaintiffs pray that this Honorable Court grant this motion.

                Respectfully submitted
                Through the plaintiffs
                By their Attorney,

June 10, 2008

                /s/ Richard J. Ahern__
                Richard J. Ahern
                BBO # 556537
                Attorney at Law
                200 Central Street
                Lowell, MA  01852
                978-970-2989
                rjahern@verizon.net